UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERTO FIGUEROA,

   Petitioner,

v.                                               CASE NO. 6:07-cv-237-Orl-31KRS

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

   Respondents.

## ORDER

This case is before the Court on the following motions:

**MOTION**:   Petitioner's Motion for Leave to File a Reply Out of Time and Motion to Stay Proceedings (Doc. No. 11, filed May 14, 2007).

Thereon it is **ORDERED** that Petitioner's Motion for Leave to File a Reply Out of Time is **GRANTED**, and his Motion to Stay Proceedings is **DENIED**. Petitioner shall have **THIRTY (30) DAYS** from the date of this Order to file a Reply.

**DONE AND ORDERED** at Orlando, Florida this 8th day of June, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 6/8
Gilberto Figueroa
Counsel of Record